# United States Bankruptcy Court
## Southern District of Mississippi

In re   **VC Baton Rouge, LA, LLC** _____   Case No. _____

_____ Debtor(s)   Chapter   **11** _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **VC Baton Rouge, LA, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**DL Investments, LLC**
**599 Highland Colony Pk**
**Suite 120**
**Ridgeland, MS 39157**

☐ None [*Check if applicable*]

12/14/18

Date

Craig L. Geno

**Craig M. Geno 4793**
Signature of Attorney or Litigant
Counsel for   **VC Baton Rouge, LA, LLC**
**Law Offices of Craig M. Geno, PLLC**
**587 Highland Colony Parkway**
**Ridgeland, MS 39157**
**601-427-0048 Fax:601-427-0050**