dn012−matrix_ssn_due (Rev.5/16)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

Case No.: 18−04801−NPO
Chapter: 11

**In re:**

VC Baton Rouge, LA, LLC
599 Highland Colony Parkway
Suite 120
Ridgeland, MS 39157

**To: Debtor and his attorney**, if any:

### Notice of Deficiency

In order for this case to be administered, it is necessary that the item(s) described below be filed **immediately**.

☑   **Mailing Matrix** (List containing the name and address of each entity included or to be included on Schedules D, E/F, G, and H). *See Fed. R. Bankr. P. 1007(a)*.

☐   **Statement About Your Social Security Numbers** *(Official Form 121). See Fed. R. Bankr. P. 1007(f)*.

In the event the missing document(s) is not filed on or before **December 18, 2018**, the case may be dismissed without further notice or hearing.

Dated: December 17, 2018                 Danny L. Miller, Clerk of Court
                                         501 East Court Street, Suite 2.300
                                         P.O. Box 2448
                                         Jackson, MS 39225−2448
                                         601−608−4600