## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

    VC BATON ROUGE, LA, LLC,                    CASE NO. 18-04801-NPO

    **DEBTOR.**                                                                                             **CHAPTER 11**

### DEFICIENCY NOTICE
*Notice of Missing Documents*
*and*
*Notice of Dismissal if Documents Not Timely Filed*

To the Debtor and his attorney, if any:

In order for this case to be administered, it is necessary that the item(s) described below be filed accordingly.

List of 20 Largest Unsecured Creditors due:   December 18, 2018

Attorney Disclosure Statement due:   December 28, 2018

List of Equity Security Holders due:   December 28, 2018

Disclosure Notice to Debtors due:   December 28, 2018

Schedules A-J due:   December 28, 2018

Summary of Schedules due:   December 28, 2018

Statement of Financial Affairs due:   December 28, 2018

Signed Declaration concerning Schedules/Statements due:   December 28, 2018

In the event the Schedules, Statements, and Other Documents, pursuant to Federal Rule of Bankruptcy Procedure Rule 1007-I, are not filed on or before the above due deadline, this case may be dismissed without further notice or hearing.

                                                                      Danny L. Miller, Clerk of Court

DATED:   December 17, 2018

                                                          By:      /s/ Candice Ramage
                                                                       Deputy Clerk